JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LYDIA R. ACUNA,<br><br>    Plaintiff,<br><br> vs.<br><br>GERALD R. GROSSMAN, M.D.; COOK INCORPORATED; COOK INCORPORATED a/k/a COOK MEDICAL INCORPORATED; COOK GROUP INCORPORATED, COOK MEDICAL, LLC; WILLIAM COOK EUROPE, APS; and DOES 1 through 60,<br><br>    Defendants. | Case No.: CV 17-8730-GW(ASx)<br><br>Hon. George H. Wu<br><br>**ORDER RE: JOINT STIPULATION WITHDRAWING COOK'S PENDING MOTIONS AND CONSENTING TO REMAND** |

After consideration of the Parties' submitted Joint Stipulation Withdrawing Cook's Pending Motions and Consenting to Remand, the Court hereby remands this action to the Los Angeles County Superior Court.

**IT IS SO ORDERED:**

Dated: January 24, 2018

Honorable George H. Wu
United States District Judge